IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL WATKINS and JENNIFER SANCHEZ,** *on behalf of themselves and all others similarly situated*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:20-CV-2136-L-BH** |
| **GATEWAY FIRST BANK,** *itself and as successor by merger to Gateway Mortgage Group, LLC*, | § § § § | |
| Defendant. | § § | |

## JUDGMENT

The court issues this judgment pursuant to its order of April 30, 2021. It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiffs Daniel Watkins and Jennifer Sanchez, on behalf of themselves and all others similarly situated ("Plaintiffs"), against Defendant Gateway First Bank, itself and as successor by merger to Gateway Mortgage Group, LLC ("Defendant"), is **dismissed without prejudice** for lack of personal jurisdiction; that all allowable and reasonable costs are taxed against Plaintiffs; and that all relief not expressly granted herein is **denied**.

**Signed** this 30th day of April, 2021.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**